UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| THOMAS C. HOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00241-RLY-CSW |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Today, the court granted Defendant's Motion to Dismiss. As no claims remain for resolution, the court now enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 20th day of March 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine Seufert, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.